UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CHET MICHAEL WILSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EASY SPIRIT, LLC,<br><br>Defendant. | Case No.: 25-cv-00112-SFR<br><br>**ORAL ARGUMENT REQUESTED**<br><br>September 11, 2025 |

**DEFENDANT EASY SPIRIT, LLC'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF EASY SPIRIT'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT, SUPPLEMENTAL MEMORANDUM OF LAW REGARDING THE IMPACT OF NEW SUPREME COURT PRECEDENT, AND REPLY TO PLAINTIFF'S SUPPLEMENTAL OPPOSITION**

Defendant Easy Spirit, LLC ("Easy Spirit") submits this Notice of Supplemental Authority to advise the Court of a recent decision relevant to the Court's consideration of Easy Spirit's Motion to Dismiss the First Amended Complaint (ECF No. 27), Supplemental Memorandum of Law in Further Support of its Motion to Dismiss Plaintiff's First Amended Complaint Regarding the Impact of New Supreme Court Precedent (ECF No. 42), and Proposed Reply to Plaintiff's Supplemental Opposition to the Motion to Dismiss the First Amended Complaint Regarding the Impact of New Supreme Court Precedent (ECF No. 45-1) (collectively, the "Motions").

On August 26, 2025, the Northern District of Florida issued *Davis v. CVS Pharmacy, Inc.*, No. 4:24-cv-477-AW-MAF, 2025 WL 2491195 (N.D. Fla. Aug. 26, 2025), which is attached hereto as Exhibit A.

This decision addresses the arguments found on pages 9-14 of Easy Spirit's Motion to Dismiss the First Amended Complaint (ECF No. 27) and supplements arguments found on pages 2-10 of Easy Spirit's Supplemental Memorandum of Law in Further Support of its Motion to

Dismiss Plaintiff's First Amended Complaint Regarding the Impact of New Supreme Court Precedent (ECF No. 42), and on pages 1-5 of Easy Spirit's Proposed Reply to Plaintiff's Supplemental Opposition to the Motion to Dismiss the First Amended Complaint Regarding the Impact of New Supreme Court Precedent (ECF No. 45-1).

Easy Spirit respectfully requests that the Court consider *Davis* as further authority supporting Easy Spirit's Motions.

Dated: September 11, 2025

Respectfully submitted,

KASOWITZ LLP

By: /s/ *Christine A. Montenegro*
Christine A. Montenegro (ct30008)
Lea Dartevelle Erhel (pro hac vice)
1633 Broadway
New York, NY 10019
Tel: (212) 506-1700
Fax: (212) 506-1800
E-mail: cmontenegro@kasowitz.com
           ldartevelle@kasowitz.com

FINN DIXON & HERLING LLP
By: /s/ *Tony Miodonka*
Tony Miodonka (ct28262)
Six Landmark Square
Stamford, CT 06901-2704
Tel: (203) 325-5000
Fax: (203) 325-5001
E-mail: tmiodonka@fdh.com

*Attorneys for Defendant Easy Spirit, LLC*

## **CERTIFICATION**

      I hereby certify that on September 11, 2025, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

      KASOWITZ LLP

      By: /s/ *Christine A. Montenegro*
      Christine A. Montenegro (ct30008)
      Lea Dartevelle Erhel (pro hac vice)
      1633 Broadway
      New York, New York 10019
      Tel: (212) 506-1700
      Fax: (212) 506-1800
      E-mail: cmontenegro@kasowitz.com
             ldartevelle@kasowitz.com