IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CHET MICHAEL WILSON, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>EASY SPIRIT, LLC<br><br>*Defendant*. | Case No. 25-cv-00112 |

**PLAINTIFF'S REPLY IN SUPPORT OF MOTION TO STRIKE
DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendant's opposition confirms why its Notice should be stricken. Defendant asserts that Plaintiff's earlier notice was stricken only because it contained legal argument, but the Court's July 30, 2025 ruling (ECF No. 43) squarely adopted Defendant's position that no supplemental authority may be filed without leave of Court. Having prevailed on that argument, Defendant cannot now evade the same rule.

Nor is it accurate to suggest Defendant's Notice was purely informational. By citing *Davis,* which itself is now on appeal, Defendant sought to inject argument about the applicability of that case without authorization. That is the very practice Defendant previously decried. Defendant's claim that Plaintiff's Motion itself was improper is also meritless; Plaintiff's filing simply enforces the standard Defendant advocated and the Court adopted. It's the same motion that the Defendant itself filed.

For consistency and fairness, the Court should strike Defendant's Notice of Supplemental Authority. In the alternative, Plaintiff respectfully requests leave to file a short response addressing *Davis.* The Defendant should not be permitted a further reply to that response.

1

|  |  |
|---|---|
| | Respectfully Submitted, |
| Dated: September 13, 2025 | */s/ Anthony I. Paronich* <br> Anthony I. Paronich <br> Paronich Law, P.C. <br> 350 Lincoln Street, Suite 2400 <br> Hingham, MA 02043 <br> (508) 221-1510 <br> anthony@paronichlaw.com <br><br> *Attorneys for Plaintiff and the putative Class* |

1