IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CHET MICHAEL WILSON, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>EASY SPIRIT, LLC<br><br>*Defendant*. | Case No. 25-cv-00112 |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE**
<u>**NOTICE OF SUPPLEMENTAL AUTHORITY**</u>

Plaintiff respectfully moves this Court for leave to file the attached Notice of Supplemental Authority to alert the Court to a recent decision directly relevant to Defendant's pending motion to dismiss in another case filed by Mr. Wilson, the Plaintiff in this action.

On October 7, 2025, the United States District Court for the Northern District of California issued *Wilson v. Medvidi, Inc.,* 2025 WL 2856295 (N.D. Cal. Oct. 7, 2025**)**. The decision squarely addresses whether text messages fall within the scope of "telephone calls" as that term is used in the Telephone Consumer Protection Act's Do Not Call provisions, 47 U.S.C. § 227(c). Because Medvidi provides persuasive authority that directly supports Plaintiff's position and bears on issues now before this Court, Plaintiff seeks leave to submit it for the Court's consideration.

Attached as <u>Exhibit 1</u> is a copy of the proposed Notice of Supplemental Authority.

4

Dated: October 11, 2025

                             */s/ Anthony Paronich*
                             Anthony Paronich
                             Email:  anthony@paronichlaw.com
                             PARONICH LAW, P.C.
                             350 Lincoln Street, Suite 2400
                             Hingham, MA 02043
                             Telephone:  (617) 485-0018
                             Facsimile:  (508) 318-8100

## **CERTIFICATE OF SERVICE**

I certify that I filed the foregoing via ECF on the below date, which will automatically send a copy to all attorneys of record on the case.

                             */s/ Anthony Paronich*
                             Anthony Paronich

Dated: October 11, 2025