UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CHET MICHAEL WILSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EASY SPIRIT, LLC,<br><br>Defendant. | Case No.: 25-cv-00112-SFR<br><br>**ORAL ARGUMENT REQUESTED**<br><br>October 31, 2025 |

**DEFENDANT EASY SPIRIT, LLC'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF EASY SPIRIT'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT, SUPPLEMENTAL MEMORANDUM OF LAW REGARDING THE IMPACT OF NEW SUPREME COURT PRECEDENT, AND REPLY TO PLAINTIFF'S SUPPLEMENTAL OPPOSITION**

Defendant Easy Spirit, LLC ("Easy Spirit") submits this Notice of Supplemental Authority to advise the Court of a recent decision relevant to the Court's consideration of Easy Spirit's Motion to Dismiss the First Amended Complaint (ECF No. 27), Supplemental Memorandum of Law in Further Support of its Motion to Dismiss Plaintiff's First Amended Complaint Regarding the Impact of New Supreme Court Precedent (ECF No. 42), and Proposed Reply to Plaintiff's Supplemental Opposition to the Motion to Dismiss the First Amended Complaint Regarding the Impact of New Supreme Court Precedent (ECF No. 45-1) (collectively, the "Motions").

On October 24, 2025, the Middle District of Florida issued *El Sayed v. Naturopathica Holistic Health, Inc.*, No. 8:25-cv-00847-SDM-CPT, 2025 WL 2997759 (M.D. Fl. Oct. 24, 2025), which is attached hereto as Exhibit A.

This decision addresses the arguments found on pages 9-14 of Easy Spirit's Memorandum of Law in Support of Defendant's Motion to Dismiss the First Amended Complaint (ECF No. 27-1), and supplements arguments found on pages 2-10 of Easy Spirit's Supplemental Memorandum

of Law in Further Support of its Motion to Dismiss Plaintiff's First Amended Complaint Regarding the Impact of New Supreme Court Precedent (ECF No. 42), and on pages 1-5 of Easy Spirit's Proposed Reply to Plaintiff's Supplemental Opposition to the Motion to Dismiss the First Amended Complaint Regarding the Impact of New Supreme Court Precedent (ECF No. 45-1).

Easy Spirit respectfully requests that the Court consider *El Sayed* as further authority supporting Easy Spirit's Motions.

Dated: October 31, 2025     Respectfully submitted,

KASOWITZ LLP

By: /s/ *Christine A. Montenegro*
　　Christine A. Montenegro (ct30008)
　　Lea Dartevelle Erhel (pro hac vice)
　　1633 Broadway
　　New York, NY  10019
　　Tel: (212) 506-1700
　　Fax: (212) 506-1800
　　E-mail: cmontenegro@kasowitz.com
　　　　　ldartevelle@kasowitz.com

　　FINN DIXON & HERLING LLP
　　Tony Miodonka (ct28262)
　　Six Landmark Square
　　Stamford, CT 06901-2704
　　Tel: (203) 325-5000
　　Fax: (203) 325-5001
　　E-mail: tmiodonka@fdh.com

　　*Attorneys for Defendant Easy Spirit, LLC*

**CERTIFICATION**

I hereby certify that on October 31, 2025, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

                              KASOWITZ LLP

                              By: /s/ *Christine A. Montenegro*
                              Christine A. Montenegro (ct30008)
                              Lea Dartevelle Erhel (pro hac vice)
                              1633 Broadway
                              New York, New York 10019
                              Tel: (212) 506-1700
                              Fax: (212) 506-1800
                              E-mail: cmontenegro@kasowitz.com
                                        ldartevelle@kasowitz.com