UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CHET MICHAEL WILSON, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>EASY SPIRIT, LLC,<br><br>　　　　　　Defendant. | Case No.: 25-cv-00112-SFR |

**DEFENDANT EASY SPIRIT, LLC'S NOTICE OF FILING FOR HEARING DEMONSTRATIVE**

　　　　Defendant respectfully moves this Court for leave to file the attached demonstrative in advance of oral argument on Easy Spirit's Motion to Dismiss the First Amended Complaint scheduled for December 4, 2024.

　　Attached as Exhibit 1 is a copy of the proposed hearing demonstrative.

1

Dated: December 3, 2025						Respectfully submitted,

							KASOWITZ LLP

							By: /s/ *Christine A. Montenegro*
								Christine A. Montenegro (ct30008)
								Lea Dartevelle Erhel (pro hac vice)
								1633 Broadway
								New York, NY  10019
								Tel: (212) 506-1700
								Fax: (212) 506-1800
								E-mail: cmontenegro@kasowitz.com
									ldartevelle@kasowitz.com

							FINN DIXON & HERLING LLP
							Tony Miodonka (ct28262)
							Six Landmark Square
							Stamford, CT 06901-2704
							Tel: (203) 325-5000
							Fax: (203) 325-5001
							E-mail: tmiodonka@fdh.com

							*Attorneys for Defendant Easy Spirit, LLC*

## **CERTIFICATION**

I hereby certify that on December 3, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

KASOWITZ LLP

By: /s/ *Christine A. Montenegro*
Christine A. Montenegro (ct30008)
Lea Dartevelle Erhel (pro hac vice)
1633 Broadway
New York, New York 10019
Tel: (212) 506-1700
Fax: (212) 506-1800
E-mail: cmontenegro@kasowitz.com
         ldartevelle@kasowitz.com