## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CHET MICHAEL WILSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EASY SPIRIT, LLC,<br><br>Defendant. | Case No.: 25-cv-00112-SFR |

### DEFENDANT EASY SPIRIT, LLC'S MOTION FOR LEAVE TO FILE A PROPOSED REPLY TO PLAINTIFF'S NOTICES OF SUPPLEMENTAL AUTHORITY

Defendant Easy Spirit, LLC ("Easy Spirit")[1] respectfully moves the Court for leave to file a short reply ("Reply") to Plaintiff's Notice of Supplemental Authority in Opposition to Defendant's Motion to Dismiss (ECF No. 69) and Plaintiff's Notice of Supplemental Authority in Opposition to Defendant's Motion to Dismiss (ECF No. 70) (collectively, the "Notices").

During oral argument held on December 4, 2025, Plaintiff cited *Piet v. Office Depot*, No. 24-cv-81488, ECF No. 35 (S.D. Fl. Nov. 25, 2025) and a forthcoming decision, *Wilson v. Better Mortgage*, No. 25-cv-5503-PAE, ECF No. 34 (S.D.N.Y. December 5, 2025), both of which were not provided to Easy Spirit or brought to this Court's attention. Following oral argument, Plaintiff submitted both cases. Because Easy Spirit has not had an opportunity to review these decisions—which Easy Spirit contends are based on legal error—Easy Spirit respectfully seeks leave to file a brief Reply to provide the Court with Easy Spirit's analysis distinguishing these cases.

The Proposed Reply is attached hereto as Exhibit 1.

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion to Dismiss (ECF No. 27), the Reply in support thereof (ECF No. 30), and the Opposition to the Motion (ECF No. 54).

1

Dated: December 9, 2025

    Respectfully submitted,

    KASOWITZ LLP
    By: */s/ Christine A. Montenegro*
    Christine A. Montenegro (ct30008)
    Lea Dartevelle Erhel (phv 208684)
    1633 Broadway
    New York, New York 10019
    Tel: (212) 506-1700
    Fax: (212) 506-1800
    E-mail: cmontenegro@kasowitz.com
           ldartevelle@kasowitz.com

    FINN DIXON & HERLING LLP
    By: */s/ Tony Miodonka*
    Tony Miodonka (ct28262)
    Six Landmark Square
    Stamford, CT 06901-2704
    Tel: (203) 325-5000
    Fax: (203) 325-5001
    E-mail: tmiodonka@fdh.com

    *Attorneys for Defendant Easy Spirit, LLC*

**CERTIFICATE OF SERVICE**

I certify that on December 9, 2025, a copy of the foregoing was filed through the Court's electronic filing system. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing.

        KASOWITZ LLP

        By: */s/ Christine A. Montenegro*
        Christine A. Montenegro (ct30008)
        Lea Dartevelle Erhel (phv 208684)
        1633 Broadway
        New York, New York 10019
        Tel: (212) 506-1700
        Fax: (212) 506-1800
        E-mail: cmontenegro@kasowitz.com
                ldartevelle@kasowitz.com