UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CHET MICHAEL WILSON, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>    v.<br><br>EASY SPIRIT, LLC,<br><br>          Defendant. | Case No.: 25-cv-00112-SFR<br><br>December 17, 2025 |

**DEFENDANT EASY SPIRIT, LLC'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF EASY SPIRIT'S MOTION TO DISMISS THE FIRST AMENDED <u>COMPLAINT</u>**

      Defendant Easy Spirit, LLC ("Easy Spirit") submits this Notice of Supplemental Authority to advise the Court of a recent decision relevant to the Court's consideration of Easy Spirit's Motion to Dismiss the First Amended Complaint (ECF No. 27), Supplemental Memorandum of Law in Further Support of its Motion to Dismiss Plaintiff's First Amended Complaint (ECF No. 42), and Proposed Reply to Plaintiff's Supplemental Opposition to the Motion to Dismiss the First Amended Complaint (ECF No. 45-1) (collectively, the "Motions").

      On December 3, 2025, the Central District Court of California issued *Nikolay Dilanyan v. Hugo Boss Fashions, Inc. et al*, No. 2:25-CV-05093-JLS-BFM, 2025 WL 3549868 (C.D. Cal. Dec. 3, 2025), which is attached hereto as Exhibit A. This decision addresses the arguments found on pages 9-14 of Easy Spirit's Memorandum of Law in Support of Defendant's Motion to Dismiss the First Amended Complaint (ECF No. 27-1), and supplements arguments found on pages 2-10 of Easy Spirit's Supplemental Memorandum of Law in Further Support of its Motion to Dismiss Plaintiff's First Amended Complaint (ECF No. 42), and on pages 1-5 of Easy Spirit's Proposed Reply to Plaintiff's Supplemental Opposition to the Motion to Dismiss the First Amended

1

Complaint (ECF No. 45-1).

Easy Spirit respectfully requests that the Court consider *Nikolay Dilanyan v. Hugo Boss Fashions, Inc. et al* as further authority supporting Easy Spirit's Motions.

Dated: December 17, 2025

Respectfully submitted,

KASOWITZ LLP

By: /s/ *Christine A. Montenegro*
Christine A. Montenegro (ct30008)
Lea Dartevelle Erhel (pro hac vice)
1633 Broadway
New York, NY  10019
Tel: (212) 506-1700
Fax: (212) 506-1800
E-mail: cmontenegro@kasowitz.com
           ldartevelle@kasowitz.com

FINN DIXON & HERLING LLP
Tony Miodonka (ct28262)
Six Landmark Square
Stamford, CT 06901-2704
Tel: (203) 325-5000
Fax: (203) 325-5001
E-mail: tmiodonka@fdh.com

*Attorneys for Defendant Easy Spirit, LLC*

**CERTIFICATION**

I hereby certify that on December 17, 2025, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

                                              KASOWITZ LLP

                                              By: /s/ *Christine A. Montenegro*
                                              Christine A. Montenegro (ct30008)
                                              Lea Dartevelle Erhel (pro hac vice)
                                              1633 Broadway
                                              New York, New York 10019
                                              Tel: (212) 506-1700
                                              Fax: (212) 506-1800
                                              E-mail: cmontenegro@kasowitz.com
                                                             ldartevelle@kasowitz.com