UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CHET MICHAEL WILSON, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br> v.<br><br>EASY SPIRIT, LLC,<br><br>    Defendant. | Case No.: 25-cv-00112-SFR<br><br>January 27, 2026 |

**DEFENDANT EASY SPIRIT, LLC'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF EASY SPIRIT'S MOTION TO DISMISS THE FIRST AMENDED <u>COMPLAINT</u>**

  Defendant Easy Spirit, LLC ("Easy Spirit") submits this Notice of Supplemental Authority to advise the Court of a recent decision relevant to the Court's consideration of Easy Spirit's Motion to Dismiss the First Amended Complaint (ECF No. 27), Supplemental Memorandum of Law in Further Support of its Motion to Dismiss Plaintiff's First Amended Complaint (ECF No. 42), and Proposed Reply to Plaintiff's Supplemental Opposition to the Motion to Dismiss the First Amended Complaint (ECF No. 45-1) (collectively, the "Motions").

  On January 15, 2026, the United States District Court for the Southern District of Florida issued *McGonigle v. Pure Green Franchise Corp.*, No. 25-61164-CIV, 2026 WL 111338 (S.D. Fla. Jan. 15, 2026), which is attached hereto as Exhibit A. This decision addresses the arguments found on pages 9-14 of Easy Spirit's Memorandum of Law in Support of Defendant's Motion to Dismiss the First Amended Complaint (ECF No. 27-1), and supplements arguments found on pages 2-10 of Easy Spirit's Supplemental Memorandum of Law in Further Support of its Motion to Dismiss Plaintiff's First Amended Complaint (ECF No. 42), and on pages 1-5 of Easy Spirit's Proposed Reply to Plaintiff's Supplemental Opposition to the Motion to Dismiss the First

1

Amended Complaint (ECF No. 45-1).

Easy Spirit respectfully requests that the Court consider *McGonigle v. Pure Green Franchise Corp.* as further authority supporting Easy Spirit's Motions.

Dated: January 27, 2026

Respectfully submitted,

KASOWITZ LLP

By: /s/ *Christine A. Montenegro*
Christine A. Montenegro (ct30008)
Lea Dartevelle Erhel (pro hac vice)
1633 Broadway
New York, NY  10019
Tel: (212) 506-1700
Fax: (212) 506-1800
E-mail: cmontenegro@kasowitz.com
         ldartevelle@kasowitz.com

FINN DIXON & HERLING LLP
Tony Miodonka (ct28262)
Six Landmark Square
Stamford, CT 06901-2704
Tel: (203) 325-5000
Fax: (203) 325-5001
E-mail: tmiodonka@fdh.com

*Attorneys for Defendant Easy Spirit, LLC*

**CERTIFICATION**

I hereby certify that on January 27, 2026, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

                              KASOWITZ LLP

                              By: /s/ *Christine A. Montenegro*
                              Christine A. Montenegro (ct30008)
                              Lea Dartevelle Erhel (pro hac vice)
                              1633 Broadway
                              New York, New York 10019
                              Tel: (212) 506-1700
                              Fax: (212) 506-1800
                              E-mail: cmontenegro@kasowitz.com
                                                  ldartevelle@kasowitz.com