**IN THE UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF CONNECTICUT**

CHET MICHAEL WILSON, individually and on behalf of all others similarly situated,

*Plaintiff*,

*v.*

EASY SPIRIT, LLC

*Defendant.*

Case No. 25-cv-00112

**PLAINTIFF'S CORRECTED NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF HIS RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

Plaintiff Chet Michael Wilson ("Plaintiff") submits this Notice of Supplemental Authority to advise the Court of a recent decision relevant to the Court's consideration of Defendant Easy Spirit, LLC's ("Easy Spirit") Motion to Dismiss the First Amended Complaint (ECF No. 27) and the parties' related supplemental briefing. See ECF Nos. 42, 44, 51.

The Southern District of Texas issued *Alvarez v. Fiesta Nissan, Inc.,* 2026 U.S. Dist. LEXIS 1415 (S.D. TX. January 26, 2026). A copy of the decision is attached hereto as Exhibit 1.

*Alvarez* addresses the same threshold question presented in Easy Spirit's motion and in the parties' post-McLaughlin submissions: whether "telephone calls" under 47 U.S.C. § 227(c) encompass promotional text messages sent to numbers listed on the National Do-Not-Call Registry where the Court held that the term "telephone call" in § 227(c) includes the type of text messages alleged.

Plaintiff respectfully requests that the Court consider this submission as further authority supporting Plaintiff's opposition to Easy Spirit's Motion to Dismiss the First Amended Complaint.

Respectfully Submitted,

Dated: January 28, 2026

*/s/ Anthony I. Paronich*

Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

*Attorneys for Plaintiff and the putative Class*