UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CHET MICHAEL WILSON, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EASY SPIRIT, LLC,<br><br>　　　　Defendant. | Case No.: 25-cv-00112-SFR<br><br>**ORAL ARGUMENT REQUESTED**<br><br>February 27, 2026 |

**DEFENDANT EASY SPIRIT, LLC'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF EASY SPIRIT'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT, SUPPLEMENTAL MEMORANDUM OF LAW REGARDING THE IMPACT OF NEW SUPREME COURT PRECEDENT, AND REPLY TO PLAINTIFF'S SUPPLEMENTAL OPPOSITION**

　　Defendant Easy Spirit, LLC ("Easy Spirit") submits this Notice of Supplemental Authority to advise the Court of a recent decision relevant to the Court's consideration of Easy Spirit's Motion to Dismiss the First Amended Complaint (ECF No. 27), Supplemental Memorandum of Law in Further Support of its Motion to Dismiss Plaintiff's First Amended Complaint Regarding the Impact of New Supreme Court Precedent (ECF No. 42), and Proposed Reply to Plaintiff's Supplemental Opposition to the Motion to Dismiss the First Amended Complaint Regarding the Impact of New Supreme Court Precedent (ECF No. 45-1) (collectively, the "Motions").

　　On February 12, 2026, the Northern District of Georgia, Newnan Division, issued *Radavansky v. Kendo Holdings, Inc.*, 3:23-cv-00214-LLM (N.D.Ga. Feb. 12, 2026), which is attached hereto as Exhibit A. Particularly relevant are pages 4-7 of the decision.

　　Similarly, on February 17, 2026, a sister division, the Northern District of Georgia, Atlanta Division, issued *Radvansky v. 1-800-FLOWERS.COM, INC.*, No. 1:25-CV-2811-TWT, 2026 WL

456919 (N.D. Ga. Feb. 17, 2026), which is attached hereto as Exhibit B. Particularly relevant are pages *3-*5 of the decision.

These decisions address the arguments found on pages 9-14 of Easy Spirit's Memorandum of Law in Support of Defendant's Motion to Dismiss the First Amended Complaint (ECF No. 27-1), and supplement arguments found on pages 2-10 of Easy Spirit's Supplemental Memorandum of Law in Further Support of its Motion to Dismiss Plaintiff's First Amended Complaint Regarding the Impact of New Supreme Court Precedent (ECF No. 42), and on pages 1-5 of Easy Spirit's Proposed Reply to Plaintiff's Supplemental Opposition to the Motion to Dismiss the First Amended Complaint Regarding the Impact of New Supreme Court Precedent (ECF No. 45-1).

Dated: February 27, 2026

Respectfully submitted,

KASOWITZ LLP

By: /s/ *Christine A. Montenegro*
Christine A. Montenegro (ct30008)
Lea Dartevelle Erhel (pro hac vice)
1633 Broadway
New York, NY 10019
Tel: (212) 506-1700
Fax: (212) 506-1800
E-mail: cmontenegro@kasowitz.com
ldartevelle@kasowitz.com

FINN DIXON & HERLING LLP
Tony Miodonka (ct28262)
Six Landmark Square
Stamford, CT 06901-2704
Tel: (203) 325-5000
Fax: (203) 325-5001
E-mail: tmiodonka@fdh.com

*Attorneys for Defendant Easy Spirit, LLC*

2

**CERTIFICATION**

I hereby certify that on February 27, 2026, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

KASOWITZ LLP

By: /s/ *Christine A. Montenegro*
Christine A. Montenegro (ct30008)
Lea Dartevelle Erhel (pro hac vice)
1633 Broadway
New York, New York 10019
Tel: (212) 506-1700
Fax: (212) 506-1800
E-mail: cmontenegro@kasowitz.com
         ldartevelle@kasowitz.com
