**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| CHET MICHAEL WILSON, individually and on behalf of all others similarly situated, | |
| Plaintiff, | Case No.: 25-cv-00112-SFR |
| v. | |
| EASY SPIRIT, LLC, | March 3, 2026 |
| Defendant. | |

**DEFENDANT EASY SPIRIT, LLC'S MOTION TO STRIKE PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF HIS OPPOSITION TO DEFENDANT'S MOTION TO DISMISS THE AMENDED COMPLAINT**

Defendant Easy Spirit, LLC ("Easy Spirit"), by and through its undersigned counsel, respectfully moves this Court to strike Plaintiff's Notice of Supplemental Authority (ECF No. 81) (the "Notice") in its entirety. In support thereof, Easy Spirit states as follows:

Although styled as a "Notice of Supplemental Authority," Plaintiff's filing is, in substance, an unauthorized supplemental brief that improperly presents arguments and legal conclusions concerning authority issued after the parties' oral argument and briefing on Defendant's Motion to Dismiss the Amended Complaint (ECF No. 27) (the "Motion to Dismiss") has concluded. *See Prodanova v. H.C. Wainwright & Co., LLC*, No. LACV1707926JAKASX, 2018 WL 8017791, at *3 (C.D. Cal. Dec. 11, 2018) ("A notice of supplemental authority should include only a copy of or citation to a recently published case, and should not include additional arguments unless leave to do so is granted"); *McGee v. Cole*, 993 F. Supp. 2d 639, 644 (S.D.W. Va. 2014) (granting a motion to strike, in part, any legal argument presented in the notice of supplemental authority).

Plaintiff's Notice contravenes both the letter and the spirit of Local Rule 7(d), which limits briefing to a motion, an opposition, and a reply. The Local Rules do not permit parties to file

additional briefing without leave of Court.  *See* D. Conn. L. Civ. R. 7(d) ("No sur-replies may be filed without permission of the Court, which may, in its discretion, grant permission upon a showing of good cause.").  Plaintiff has neither sought nor obtained such permission before filing its Notice.  Because Plaintiff's Notice violates Local Rule 7(d), it should be stricken in its entirety.  *See United States ex rel. Solano v. Joint Tech., Inc.*, No. CIV-24-00430-PRW, 2025 WL 978223, at *4 (W.D. Okla. Mar. 31, 2025) (granting motion to strike the notice of supplemental authority for improperly containing legal argument); *see also United States v. Real Prop. Located in Merced Cnty.*, No. 1:03-CV-6613-AWI-SMS, 2008 WL 706599, at *1 (E.D. Cal. Mar. 14, 2008), *report and recommendation adopted*, No. 1:03-CV-6613-AWI-SMS, 2008 WL 1826043 (E.D. Cal. Apr. 23, 2008) ("The Court notes that more generally, it is established that pursuant to Fed. R. Civ. P. 12(f), a Court may strike a document that does not conform to the formal requirements of the pertinent rules of court.").

Plaintiff's Notice also incorrectly characterizes *Howard v. Republican Nat'l Comm.*, 164 F.4th 1119, 1123-24 (9th Cir. 2026) as "address[ing] the same threshold question in Easy Spirit's motion and in the parties' post-McLaughlin submissions: whether 'telephone calls' under 47 U.S.C. § 227(c) encompass promotional texts sent to numbers listed on the National Do-Not-Call Registry[.]"  (ECF 81 at 1.)  The Court did not address that issue and, in fact, was analyzing different sections of the Telephone Consumer Protection Act ("TCPA") – *i.e.* § 227(b)(1)(A) (iii) and § 227(b)(1) (B).  Significantly, the Ninth Circuit in *Howard* affirmed the lower court's dismissal of a putative class action, finding the TCPA does not prohibit, absent prior express consent, the sending of text messages containing video files.  164 F.4th at 1120.

Dated: March 3, 2026

Respectfully submitted,

KASOWITZ LLP


By: /s/ *Christine A. Montenegro*
    Christine A. Montenegro (ct30008)
    Lea Dartevelle Erhel (pro hac vice)
    1633 Broadway
    New York, NY  10019
    Tel: (212) 506-1700
    Fax: (212) 506-1800
    E-mail: cmontenegro@kasowitz.com
        ldartevelle@kasowitz.com

FINN DIXON & HERLING LLP
By: /s/ *Tony Miodonka*
Tony Miodonka (ct28262)
Six Landmark Square
Stamford, CT 06901-2704
Tel: (203) 325-5000
Fax: (203) 325-5001
E-mail: tmiodonka@fdh.com

*Attorneys for Defendant Easy Spirit, LLC*

**CERTIFICATION**

I hereby certify that on March 3, 2026, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing.  Parties may access this filing through the Court's system.

KASOWITZ LLP

By: /s/ *Christine A. Montenegro*
Christine A. Montenegro (ct30008)
Lea Dartevelle Erhel (pro hac vice)
1633 Broadway
New York, New York 10019
Tel: (212) 506-1700
Fax: (212) 506-1800
E-mail: cmontenegro@kasowitz.com
ldartevelle@kasowitz.com