**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

CHET MICHAEL WILSON, individually and
on behalf of all others similarly situated,

        Plaintiff,

    v.

EASY SPIRIT, LLC,

        Defendant.

Case No.: 25-cv-00112-SFR

**ORAL ARGUMENT REQUESTED**

April 14, 2026

**DEFENDANT EASY SPIRIT, LLC'S MOTION TO CERTIFY THIS COURT'S ORDER DATED MARCH 31, 2026 (ECF 87) FOR INTERLOCUTORY APPEAL PURSUANT TO 28 U.S.C. § 1292(b) AND TO STAY PROCEEDINGS**

Pursuant to 28 U.S.C. § 1292(b), Defendant Easy Spirit, LLC ("Defendant" or "Easy Spirit") respectfully moves the Court for permission to take an interlocutory appeal from Court's March 31, 2026 order denying Easy Spirit's Motion to Dismiss (the "Order"). Accordingly, Defendant requests that the Order be amended to include the certification for appeal prescribed by § 1292(b). Such amendment is requested so that Easy Spirit may petition the Court of Appeals for the Second Circuit for permission to appeal.

This motion is based upon the record and pleadings on file with the Court, the accompanying memorandum of law, and specific language contained in the Court's Order. Easy Spirit requests permission to appeal two issues that involve a controlling question of law, about which substantial grounds for difference of opinion exist. Appeal of the following issues would materially advance the ultimate termination of this case:

1. Whether the private right of action under 47 U.S.C. § 227(c)(5) extends to text messages?; and

2. Whether 47 U.S.C. § 227(c)(5) extends to cellular phone subscribers?

WHEREFORE, pursuant to 28 U.S.C. § 1292(b), Easy Spirit  respectfully moves the Court to amend its Order to include the statement, as is required by § 1292(b), that the Court is "of the opinion" that the Order: (1) involves a controlling question of law; (2) as to which there is substantial grounds for difference of opinion; and (3) that an immediate appeal may materially advance the ultimate termination of the litigation.  Easy Spirit further respectfully requests that the Court stay all proceedings in this action pending resolution of the interlocutory appeal.

Dated: April 14, 2026

Respectfully submitted,

KASOWITZ LLP

By: /s/ *Christine A. Montenegro*
  Christine A. Montenegro (ct30008)
  Lea Dartevelle Erhel (pro hac vice)
  1633 Broadway
  New York, NY  10019
  Tel: (212) 506-1700
  Fax: (212) 506-1800
  E-mail: cmontenegro@kasowitz.com
     ldartevelle@kasowitz.com

  FINN DIXON & HERLING LLP
  Tony Miodonka (ct28262)
  Six Landmark Square
  Stamford, CT 06901-2704
  Tel: (203) 325-5000
  Fax: (203) 325-5001
  E-mail: tmiodonka@fdh.com

  *Attorneys for Defendant Easy Spirit, LLC*

**CERTIFICATION**

I hereby certify that on April 14, 2026, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing.  Parties may access this filing through the Court's system.

KASOWITZ LLP

By: /s/ *Christine A. Montenegro*
Christine A. Montenegro (ct30008)
Lea Dartevelle Erhel (pro hac vice)
1633 Broadway
New York, New York 10019
Tel: (212) 506-1700
Fax: (212) 506-1800
E-mail: cmontenegro@kasowitz.com
       ldartevelle@kasowitz.com