**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| CHET MICHAEL WILSON, individually and on behalf of all others similarly situated, | |
| Plaintiff, | Case No.: 25-cv-00112-SFR |
| *v.* | |
| EASY SPIRIT, LLC, | ORAL ARGUMENT REQUESTED |
| Defendant. | |

**DEFENDANT'S MOTION FOR LEAVE TO FILE A REPLY IN FURTHER SUPPORT OF ITS MOTION FOR CERTIFICATION OF INTERLOCUTORY APPEAL**

Defendant Easy Spirit, LLC[1] ("Defendant") respectfully moves the Court for leave to file a short reply ("Reply") in support of its Motion for Certification of Interlocutory Appeal.[2]  In support of this motion, Defendant respectfully states as follows:

Defendant respectfully seeks leave to file a brief reply in support of its motion for § 1292(b) certification to address arguments raised in Plaintiff's Opposition to Defendant's Motion for Certification of Interlocutory Appeal  (ECF. 94) ("Opposition" or "Opp."), including mischaracterizations of key authorities such as *Howard v. Republican National Committee*, 164 F.4th 1119 (9th Cir. 2026), and *Dilanyan v. Hugo Boss Fashions, Inc.*, No. 23-55070 (9th Cir. 2024).  Plaintiff improperly extends *Howard* beyond its § 227(b) holding and omits the procedural posture of *Dilanyan*, which concerned an untimely appeal.  A limited reply will also clarify Plaintiff's overstatement of the case law and its arguments regarding certification standards.  The proposed reply is narrowly focused, raises no new issues, complies with applicable rules, and will

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion for Interlocutory Appeal and Request to Stay and Plaintiff's Reply in support thereof (ECF. 92-1 and 94).
[2] The proposed Reply is attached hereto as Exhibit 1 to the present motion.

assist the Court without causing prejudice or delay.

**WHEREFORE**, Defendant respectfully requests that the Court enter an order granting leave to file the attached reply memorandum in further support of Defendant's Motion for Certification of Interlocutory Appeal, and granting such other and further relief as the Court deems just and proper

Dated:  April 24, 2026

Respectfully submitted,

KASOWITZ LLP
By: */s/ Christine A. Montenegro*
Christine A. Montenegro (ct30008)
Lea Dartevelle Erhel (phv 208684)
1633 Broadway
New York, New York 10019
Tel: (212) 506-1700
Fax: (212) 506-1800
E-mail: cmontenegro@kasowitz.com
           ldartevelle@kasowitz.com

FINN DIXON & HERLING LLP
By: */s/ Tony Miodonka*
Tony Miodonka (ct28262)
Six Landmark Square
Stamford, CT 06901-2704
Tel: (203) 325-5000
Fax: (203) 325-5001
E-mail: tmiodonka@fdh.com

*Attorneys for Defendant Easy Spirit, LLC*

## CERTIFICATE OF SERVICE

I certify that on April 24, 2026, a copy of the foregoing was filed through the Court's electronic filing system.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing.

KASOWITZ LLP

By: */s/ Christine A. Montenegro*
Christine A. Montenegro (ct30008)
Lea Dartevelle Erhel (phv 208684)
1633 Broadway
New York, New York 10019
Tel: (212) 506-1700
Fax: (212) 506-1800
E-mail: cmontenegro@kasowitz.com
        ldartevelle@kasowitz.com