**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

CHET MICHAEL WILSON, individually and
on behalf of all others similarly situated,

        Plaintiff,

    v.

EASY SPIRIT, LLC,

        Defendant.

Case No.: 25-cv-00112-SFR

April 29, 2026

**DEFENDANT EASY SPIRIT, LLC'S NOTICE OF FILING**

Pursuant to this Court's Order (Docket No. 96), Defendant Easy Spirit, LLC ("Easy Spirit")

has filed its Reply in Further Support of Its Motion for Certification of Interlocutory Appeal with

the Court (Docket No. 97).   The proposed reply previously filed (Docket No. 95, Ex. 1) contained

several typographical errors which have been corrected in the filed version.   Counsel for Plaintiff

has consented to the filing of the corrected version.   A redline version of the reply showing the

corrections is attached hereto.

Respectfully submitted,

FINN DIXON & HERLING LLP
By: /s/ *Tony Miodonka*
Tony Miodonka (ct28262)
Six Landmark Square
Stamford, CT 06901-2704
Tel: (203) 325-5000
Fax: (203) 325-5001
E-mail: tmiodonka@fdh.com

KASOWITZ LLP
By: */s/ Christine A. Montenegro*
Christine A. Montenegro (ct30008)
Lea Dartevelle Erhel (phv 208684)
1633 Broadway
New York, New York 10019
Tel: (212) 506-1700
Fax: (212) 506-1800
E-mail: cmontenegro@kasowitz.com
           ldartevelle@kasowitz.com


*Attorneys for Defendant Easy Spirit, LLC*

2

CERTIFICATE OF SERVICE

I certify that on April 29, 2026, a copy of the foregoing was filed through the Court's electronic filing system.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing.

FINN DIXON & HERLING LLP

By: /s/ *Tony Miodonka*
Tony Miodonka (ct28262)
Six Landmark Square
Stamford, CT 06901-2704
Tel: (203) 325-5000
Fax: (203) 325-5001
E-mail: tmiodonka@fdh.com

3