**IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| CHET MICHAEL WILSON, individually and on behalf of all others similarly situated, *Plaintiff,* v. EASY SPIRIT, LLC *Defendant.* | Case No. 25-cv-00112 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties file this Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P.

41(a)(1) with each party to bear its own costs and fees. Chet Wilson on behalf of himself

dismisses his own ability to pursue claims on behalf of himself and a class with prejudice.


PARONICH LAW, P.C.

By: */s/ Anthony Paronich*
Anthony Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
Fax: (508) 318-8100
E-mail: anthony@paronichlaw.com

*Attorneys for Plaintiff Chet Michael Wilson*

KASOWITZ LLP
By: */s/ Christine A. Montenegro*
Christine A. Montenegro (ct30008)
1633 Broadway
New York, New York 10019
Tel: (212) 506-1715
Fax: (212) 506-1800
E-mail: cmontenegro@kasowitz.com

*Attorneys for Defendant Easy Spirit, LLC*

1