**UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICUT**
**CIVIL STANDARD MINUTES**

Date _July 1, 2026_____

_Wilson_____

Vs.

_Easy Spirit_____

BKY Appellant_____

BKY Appellee_____

BKY case # _____

Start Time _4:04_____ End Time _4:08_____

Recess (if more than ½ hr) _____ to _____

Total Time _____hour(s) _04_____minute(s)

Case # _3:25CV112(SFR)_____

Honorable Judge _Sarah F. Russell_____

Deputy Clerk _D. Lewis_____

Counsel for Pla(s) _Paronich_____

Counsel for Dft(s) _Miodonka, Montenegro, Dartevelle_____

Reporter/Courtsmart _Terri Fidanza_____

Interpreter_____

Language _____

Hearing held

☐ in person  ☐ by video  ☑ by telephone

## HEARING AND TIME

| | | |
|---|---|---|
| ☐ Motion/Oral Argument _____ | ☐ Show Cause Hearing _____ | ☐ Evidentiary Hearing _____ |
| ☐ Judgment Debtor Exam _____ | ☐ Pretrial Conference _____ | ☐ Scheduling Conference _____ |
| ■ Status Conference _____ | ☐ Settlement Conference _____ | ☐ Other: _____ _____ |

## MOTIONS

☐ Motion _____filed by ☐ Pla ☐Dft ☐ granted ☐ denied ☐ taken under advisement

☐ Motion _____filed by ☐ Pla ☐Dft ☐ granted ☐ denied ☐ taken under advisement

☐ Motion _____filed by ☐ Pla ☐Dft ☐ granted ☐ denied ☐ taken under advisement

☐ Motion _____filed by ☐ Pla ☐Dft ☐ granted ☐ denied ☐ taken under advisement

☐ ORAL Motion _____filed by ☐ Pla ☐Dft ☐ granted ☐ denied ☐ under advisement

☐ ORAL Motion _____filed by ☐ Pla ☐Dft ☐ granted ☐ denied ☐ under advisement

☐ ORAL Motion _____filed by ☐ Pla ☐Dft ☐ granted ☐ denied ☐ under advisement

☐ ORAL Motion _____filed by ☐ Pla ☐Dft ☐ granted ☐ denied ☐ under advisement

☐ Brief(s) due _____  ☐ Proposed Findings due _____  Response due _____

☐ Status report due _____

☐ Hearing continued until _____ at _____

## NOTES

Rev. 2/11/26